| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | JORGE H MARTINEZ |
| Debtor 2 (spouse, if filing) | _____ |
| United States Bankruptcy Court for the SOUTHERN District of Florida | |
| Case number | 13-17822-LMI |

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae")  
**Court claim no**. (if known): N/A

| | | | |
|---|---|---|---|
| **Last four digits** of any number you use to identify the debtor's account: | 6327 | **Date of payment change:** Must be at least 21 days after date of this notice | **8/1/17** |
| | | **New total payment:** Principal, interest, and escrow, if any | $**507.70** |
| **Payment Address:** | Seterus, Inc. PO Box 1047 Hartford, CT 06143 | | |

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

☐ No

☒ Yes   Attach copy of the escrow account statement prepared in a form consistent with applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
_____

**Current escrow payment: $20.92**      **New Escrow payment $20.98 + .13 = $21.11**

Debtor 1: Jorge Martinez                                         Case number: 13-17822-LMI

Page | 2

| Part 2: | **Principal & Interest Payment Adjustment** |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ **No**

☐ **Yes** Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:: _____

    **Current Interest Rate:** _____%     **New Interest Rate:** _____%

    **Current principal & Int payment:** $_____    **New printical & Int payment** $ _____

| Part 3: | **Other Payment Change** |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above??**

☒ No

☐ Yes Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____  **New mortgage payment:** $ _____

| Part 4: | **Sign Below** |

*The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.*

☐    I am the creditor.
☒    I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒    s/s Brian L. Rosaler_____    Date   June 16, 2017

Name:       Brian L. Rosaler
Title:        Attorney for Secured Creditor
Company:  Law Office of Popkin & Rosaler, PA
Address:   1701 West Hillsboro Blvd, Ste 400
               Deerfield Beach, FL 33442
Contact Phone:  954-360-9030        Email: bankruptcy@popkinrosaler.com

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, this this   16   day of   June  , 2017.

     **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the SOUTHERN District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

                                          **POPKIN & ROSALER, P.A.**
                                          Attorney for Secured Creditor
                                          1701 West Hillsboro Boulevard, Ste 400
                                          Deerfield Beach, FL  33442
                                          Telephone: (954) 360-9030
                                          Facsimile: (954) 420-5187
                                          bankruptcy@popkinrosaler.com

                                      By:     /s/ BRIAN L. ROSALER
                                              **BRIAN L. ROSALER**
                                              Florida Bar No.: 0174882

**SERVICE LIST**

Jorge H Martinez
501 Sw 1 St #403
Miami, Fl 33130

Ricardo Corona, Esq.
3899 Nw 7 St, Second Floor
Miami, Fl 33126

Trustee
Nancy K. Neidich
Pob 279806
Miramar, Fl 33027

U.S. Trustee
Office Of The Us Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, Fl 33130

**seterus**

PO Box 1077
Hartford, CT 06143-1077

**Representation Of Printed Document**

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

JORGE H MARTINEZ
c/o RICARDO CORONA, ESQ
3899 NW 7 ST, SECOND FLOOR
MIAMI FL  33126

### ESCROW ACCOUNT STATEMENT

| | |
|---|---|
| Analysis Date: | 05/02/17 |
| Loan Number: | |

| Current Payment | | New Payment Effective 08/01/17 | |
|---|---|---|---|
| Principal and Interest* | $486.59 | Principal and Interest* | $486.59 |
| Escrow | $20.92 | Escrow | $20.98 |
| | | Escrow Shortage or Deficiency | $0.13 |
| Total Current Payment | $507.51 | Total NEW Payment* | $507.70 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan.  In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance.  Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months.  This payment will increase if you have a post-petition shortage and/or deficiency.  This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on April 5, 2013. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court.  Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS | |
|---|---|
| August 2017 to July 2018 | |
| COUNTY | $251.76 |
| **Total Disbursements** | **$251.76** |

| Bankruptcy File Date | April 5, 2013 |
|---|---|

| Pre-Petition Escrow Shortage/Deficiency as of Analysis Date | $0.00 |
|---|---|

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law.  This cushion covers any potential increases in your tax and/or insurance disbursements.  Cushion selected by servicer: $41.96.

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
#### Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $208.30 |
| Post Petition Beg Bal* | | | | $208.30 |
| 08/01/2017 | 20.98 | 0.00 | | 229.28 |
| 09/01/2017 | 20.98 | 0.00 | | 250.26 |
| 10/01/2017 | 20.98 | 0.00 | | 271.24 |
| 11/01/2017 | 20.98 | 251.76- | COUNTY | 40.46 |
| 12/01/2017 | 20.98 | 0.00 | | 61.44 |
| 01/01/2018 | 20.98 | 0.00 | | 82.42 |
| 02/01/2018 | 20.98 | 0.00 | | 103.40 |
| 03/01/2018 | 20.98 | 0.00 | | 124.38 |
| 04/01/2018 | 20.98 | 0.00 | | 145.36 |
| 05/01/2018 | 20.98 | 0.00 | | 166.34 |
| 06/01/2018 | 20.98 | 0.00 | | 187.32 |
| 07/01/2018 | 20.98 | 0.00 | | 208.30 |
| **Total** | **$251.76** | **$251.76-** | | |

The escrow account has a post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The projected beginning balance of your escrow account is $208.30. Your required beginning balance according to this analysis should be $209.80. This means you have a shortage and/or deficiency of $1.50. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 12 installments and included this amount in your escrow payment.

***Continued on Reverse***
**INTERNET REPRINT**

**ESCROW ACCOUNT HISTORY**

This is a statement of actual activity in your escrow account from July 2016 to July 2017. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| | ACTUAL ESCROW ACCOUNT HISTORY | | | | | |
|---|---|---|---|---|---|---|---|
| | **Payments to Escrow** | | **Payments from Escrow** | | **Description** | **Escrow Balance** | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $188.26 | $207.48 |
| **Date** | | | | | | | |
| 07/01/16 | 20.92 | 0.00* | 0.00 | 0.00 | | 209.18 | 207.48 |
| 08/01/16 | 20.92 | 63.18** | 0.00 | 0.00 | | 230.10 | 270.66 |
| 09/01/16 | 20.92 | 21.06** | 0.00 | 0.00 | | 251.02 | 291.72 |
| 10/01/16 | 20.92 | 21.06** | 0.00 | 0.00 | | 271.94 | 312.78 |
| 11/01/16 | 20.92 | 21.06** | 251.02- | 251.76-* | COUNTY | 41.84 | 82.08 |
| 12/01/16 | 20.92 | 42.12** | 0.00 | 0.00 | | 62.76 | 124.20 |
| 01/01/17 | 20.92 | 0.00* | 0.00 | 0.00 | | 83.68 | 124.20 |
| 02/01/17 | 20.92 | 21.06** | 0.00 | 0.00 | | 104.60 | 145.26 |
| 03/01/17 | 20.92 | 42.12** | 0.00 | 0.00 | | 125.52 | 187.38 |
| 04/01/17 | 20.92 | 0.00* | 0.00 | 0.00 | | 146.44 | 187.38 |
| 05/01/17 | 20.92 | 20.92** | 0.00 | 0.00 | | 167.36 | 208.30 |
| 06/01/17 | 20.92 | 0.00* | 0.00 | 0.00 | | 188.28 | 208.30 |
| **Total** | **$251.04** | **$252.58** | **$251.02-** | **$251.76-** | | | |

* indicates a difference from a previous estimate either in the date or the amount.
** indicates escrow payment made during a period where the loan was paid ahead.

**Important Information:** Our records indicate that your loan is paid ahead. For your information, we will recalculate your escrow account every 12 months even if your loan is paid ahead. The projected escrow disbursement amount is based on the last amount billed by your taxing authority or insurance company. The actual amount of the future disbursements may change over the prepaid period, which may result in a shortage or surplus in your escrow account. The escrow payment adjustment for the shortage or surplus will be effective upon your next payment due.

**NOTE –** This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT